08 CIV 6880

435-08/WLJ/JPG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
ALLIED CHEMICAL CARRIERS LLC
80 Pine Street
New York, NY 10005
(212) 425-1900 tel
(212) 425-1901 fax

William L. Juska (WJ 0772)
Jan P. Gisholt (JG 3768)

LLORCA & HAHN LLP (co-counsel for Plaintiff)
8 Watering Lane
Norwalk, CT 06850-4418 / (203) 642-7321
Manuel R. Llorca (ML 4034)

RECEIVED
U.S.D.C. S.D. N.Y.
CASHIERS

RECEIVED
AUG 01 2008
U.S.D.C. S.D. N.Y.
CASHIERS

08-Civ-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALLIED CHEMICAL CARRIERS LLC,

                                        Plaintiff,

        - against –

NATIONAL BIOFUELS L.P. d/b/a
NATIONAL BIOFUELS L.L.P. d/b/a
NATIONAL BIOFUELS L.L.C.,

                                        Defendants
-------------------------------------------------------------x

**RULE 7.1 STATEMENT**

        Plaintiff ALLIED CHEMICAL CARRIERS LLC, by and through its undersigned

attorneys, Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, certify that it is a private (non-governmental) party, has no corporate parent, and that

no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
        July 31, 2008

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff

ALLIED CHEMICAL CARRIERS LLC

By: _____

William L. Juska (WJ 0772)
Jan P. Gisholt
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax