GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*†
WILLIAM J PALLAS*
GINA M. VENEZIA°▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*†▵
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▵ALSO ADMITTED IN WASHINGTON, D.C
°ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

September 3, 2008



Our Ref.: 435-08/WLJ

**BY HAND**

The Honorable Laura Taylor Swain
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re:   **Allied Chemical Carriers v. National Biofuels L.P. et al.**
      **08 Civ. 6880 (LTS)**

Dear Judge Swain:

　　We represent Plaintiff Allied Chemical Carriers in the above-referenced action. We write to report on the status of this action in compliance with your Initial Conference Order of August 16, 2008 and to request an adjournment of the initial status conference that is scheduled for September 12, 2008 at 12:15 a.m. This is our first request for an adjournment.

　　Plaintiff initiated this action on August 1, 2008 seeking security, in the amount of $126,082.23, to insure satisfaction of two maritime arbitration awards which the Plaintiff has obtained against the Defendant. The Plaintiff's complaint seeks security via an attachment of Defendant's property in this District pursuant to Rule B. Despite continued efforts to restrain funds of the Defendant, Plaintiff has not as yet been successful in restraining any assets, although it continues its efforts to do so by effecting daily service of the Process of Maritime Attachment and Garnishment upon various New York banks. We note that Local Admiralty Rule B.2 recognizes the importance of keeping Rule B actions *ex parte* until property is actually restrained, and provides that notice of

attachment is not required to be given to the Defendant until after its property has been restrained.

In light of the foregoing considerations, we have not notified the Defendant of the September 12 conference. We have recently asked our client whether they have located any new information regarding the location of the Defendant's assets or their ongoing trading patterns, and we await their response. Therefore, we respectfully request that Your Honor grant the within application and adjourn the September 12, 2008 conference, with a proviso that we report back to the court by November 15 on the status of our efforts to locate assets of the defendant.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

*[signature]*

William L. Juska, Jr.

*The request is granted. The conference is adjourned to November 21, 2008, at 10:00AM*

SO ORDERED.

NEW YORK, NY _____
LAURA TAYLOR SWAIN
Sept 4, 2008  UNITED STATES DISTRICT JUDGE

NYDOCS1/311646.1

FREEHILL HOGAN & MAHAR LLP